IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHAD BRANDON SMITH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:10-CV-553-WKW |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **ORDER**

On August 10, 2012, the Magistrate Judge filed a Recommendation in this case (Doc. # 17), to which Petitioner Chad Brandon Smith filed an Objection (Doc. # 18). Based upon an independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b)(1), the court finds that the Objection mirrors in large part Mr. Smith's prior arguments, that the Recommendation adequately addresses and properly rejects the underpinnings of Mr. Smith's Objection without need for further elaboration here, and that the Objection lacks merit. Accordingly, it is ORDERED as follows:

1. Mr. Smith's Objection (Doc. # 18) is OVERRULED.

2. The Recommendation (Doc. # 17) is ADOPTED.

3. Mr. Smith's 28 U.S.C. § 2255 motion is DENIED, as the claims entitle him no relief.

An appropriate judgment will be entered.

DONE this 1st day of November, 2012.

                                               /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE